UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

JEFFREY ALAN LANFORD,

        Defendant.
_____/

No. 1:24-mj-00030

Hon. Ray Kent
U.S. Magistrate Judge

**CLASS B MISDEMEANOR**
**INFORMATION**

The United States Attorney charges:

**Operating a Vehicle While Under the Influence of Alcohol or Drugs that Render the Operator Incapable of Safe Operation**

On or about August 10, 2023, in Leelanau County, in the Southern Division of the Western District of Michigan,

JEFFREY ALAN LANFORD

operated a vehicle while under the influence of alcohol or drugs that rendered him incapable of safe operation while within the boundaries of federally owned land administered by the National Park Service within Sleeping Bear Dunes National Lakeshore.

36 C.F.R. § 4.23(a)(1)
36 C.F.R. § 1.2
36 C.F.R. § 4.1

                      MARK A. TOTTEN
                      United States Attorney

Date: January 30, 2024

                      */s/ Lauren F. Biksacky*
                      LAUREN F. BIKSACKY
                      Assistant United States Attorney